Case 1:14-cv-01843-YK   Document 17   Filed 07/22/15   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS WOTRING** | : | CIVIL ACTION NO. 1:14-cv-1843 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **MARGARET STUSKI, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a July 1, 2015 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 22nd  day of July 2015, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 16) and:

1)  The motion to dismiss (Doc. No. 4) is **GRANTED IN PART**;

2)  The complaint (Doc. No. 1, at 9) is **DISMISSED WITH PREJUDICE** with respect to all federal law claims pursuant to Fed. R. Civ. P. 12(b)(6);

3)  All remaining claims are **REMANDED** to the Court of Common Pleas for Cumberland County pursuant to 28 U.S.C. § 1447(c); and

4)  The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania